**Order entered December 13, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01254-CV

## IN THE INTEREST OF K.K., A CHILD

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-17-00489-X**

## ORDER

The reporter's record in this case was filed on November 29, 2018. However, the reporter's record does not include the direct examination of Ashley Allen, a portion of Mr. Kotwal's cross examination of Ashley Allen, and the testimony of other witnesses. The record reflects appellants Ashley Allen and Phillip Keller are indigent and entitled to proceed without payment of costs.

Because this is a parental termination case, we remind both Judge Cheryl Lee Shannon and Court Reporter Pamela Sumler that it is the responsibility of the Court Reporter to prepare, certify, and timely file the reporter's record and that Judge Shannon must direct Ms. Sumler to immediately commence the supplementation of the reporter's record. Judge Shannon must arrange a substitute reporter if necessary. TEX. R. APP. P. 28.4(b)(1).

Accordingly, this Court **ORDERS** Court Reporter Pamela Sumler to file, on or before **DECEMBER 20, 2018**, **at 5:00 p.m.** a supplemental reporter's record containing the direct examination of Ashley Allen, the portion of Mr. Kotwal's cross examination of Ashley Allen that

was omitted from the November 29, 2018 filing, and testimony of other witnesses that was not included in the November 29, 2018 filing. *See* TEX. R. APP. P. 34.6(d), 35.3(c).

**WE EXPRESSLY CAUTION** Ms. Sumler that failure to comply with this order will result in the Court taking such action as is necessary to have Ms. Sumler comply with the Court's orders, including an order that she not sit as a court reporter until she has filed the complete reporter's record in this appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to:

Honorable Cheryl Lee Shannon
Presiding Judge of the 305th Judicial District Court

Pamela Sumler
Official Court Reporter, 305th Judicial District Court

All parties

/s/     DAVID EVANS
         JUSTICE